UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

WILLIAM STATON (#498991)　　　　　　　　　　CIVIL ACTION NO.

VERSUS　　　　　　　　　　　　　　　　　　　20-164-JWD-SDJ

SAMUEL C. DAQUILLA, ET AL.

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated February 9, 2023 (Doc. 27), to which an objection was filed and considered, (Doc. 28);

**IT IS ORDERED** that Petitioner's application for habeas corpus relief (Doc. 1) is **DENIED as** untimely, and that this proceeding be **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that a certificate of appealability shall be **DENIED** if Petitioner seeks to pursue an appeal.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>March 14, 2023</u>.

_____
JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

1